## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

| | |
|---|---|
| ADAM NELSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  Case No. 5:19-cv-00030 |
| | ) |
| TIDAL BASIN HOLDING, INC. and | ) |
| VANGUARD EMERGENCY MANAGEMENT, | ) |
| | ) |
|     Defendants. | ) |

## ORDER

By Order of March 25, 2021, this court approved the parties' settlement agreement and request for dismissal with prejudice, and it directed the parties to inform the Court when the agreed upon settlement had been administered. (ECF No. 67.) By e-mail of July 9, 2021, the parties informed the court that the agreed upon settlement has been administered. Accordingly, this matter is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

ENTERED this 12th day of July, 2021.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE